UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| LOURA LANIER, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | ORDER FOR PAYMENT OF ATTORNEYS' FEES PURSUANT TO EAJA <br><br> Case No. 1:23-cv-95 <br><br> Howard C. Nielson, Jr. <br> United States District Judge |

Pursuant to the parties' Stipulation for Award of Attorneys' Fees Pursuant to the

Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

**IT IS HEREBY ORDERED** that Plaintiff be awarded attorneys' fees pursuant to

the EAJA in the amount of $4,297.50. It is further ordered that if, after receiving the

Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the

Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the

Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-

Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is

a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive

the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset

will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2024.

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge

2